Dianne ROBERTSON; Darrell Everett, Plaintiffs-Appellants

v.

THIBODAUX CITY; Scott Silverii; Eddie Rodrigue, Defendants-Appellees

No. 15-31110
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed: July 20, 2016

Shannon Lasalle Battiste, Law Office of Shannon L. Battiste, Port Allen, LA, for Plaintiffs-Appellants.

Michael G. Gee, Attorney, Marla Mitchell, Porteous, Hainkel & Johnson, L.L.P., Thibodaux, LA, for Defendants-Appellees.

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

The district court judgment dismissing the Plaintiffs' cause of action for the failure to state a legal claim is affirmed. As that court has explained, Plaintiffs have failed to allege any constitutional right infringed or any legal ground that would justify the relief sought.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.